NUMBER 13-07-556-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: SIMON PROPERTY GROUP (TEXAS), L.P.,


SIMON PROPERTY GROUP (DELAWARE), INC., 


SIMON PROPERTY GROUP, INC., AND 


GOLDEN RING MALL CO. LIMITED PARTNERSHIP


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides


Per Curiam Memorandum Opinion (1)



 Relators, Simon Property Group (Texas), L.P., Simon Property Group (Delaware),
Inc., Simon Property Group, Inc., and Golden Ring Mall Co. Limited Partnership, filed a
petition for writ of mandamus in the above cause on September 12, 2007. The Court
requested and received a response to the petition for writ of mandamus from the real
parties in interest. The Court has further received relators' reply to the response and a
surreply filed by the real parties in interest.

 The Court, having examined and fully considered the petition for writ of mandamus,
the response, relators' reply, and the surreply of the real parties in interest, is of the opinion
that relators have not shown themselves entitled to the relief sought. Accordingly, the
petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a).

 PER CURIAM

Memorandum Opinion delivered and

filed this 28th day of November, 2007.


 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).